**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

DAVID WILLIAM LOWERY,      )
                               )
      Petitioner,           )
                               )
v.                              )      No.   3:19-CV-386-DCLC-JEM
                               )
WARDEN JAMES HOLLOWAY,   )
                               )
      Respondent.        )

## <u>JUDGMENT ORDER</u>

In accordance with the accompanying memorandum opinion, this prisoner's pro se petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**, and this action is **DISMISSED**. A certificate of appealability **SHALL NOT** issue. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

**ENTER:**

                                       s/Clifton L. Corker
                                       United States District Judge

ENTERED AS A JUDGMENT

    *s/LeAnna Wilson*
    CLERK OF COURT